HANNAH C. DENNIN, Appellant, v. THOMAS W. FINUCANE
et al., Defendants, and JOHN C. WOODBURY, Respondent.

*Dennin* v. *Finucane,* 176 App. Div. 946, affirmed.
(Argued October 9, 1919; decided October 24, 1919.)

APPEAL from a judgment entered January 26, 1917, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, which affirmed an order of Special Term sustaining a demurrer to and directing a dismissal of the complaint as to defendant, respondent. Plaintiff sued in equity, as assignee, for the rescission of certain contracts and the recovery of the purchase price of certain bonds.

*Louis Marshall* and *Arthur W. Weil* for appellant.
*James S. Havens* for respondent.

Judgment affirmed, without costs; no opinion.
Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, POUND, MCLAUGHLIN and CRANE, JJ.